CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

FEB 12 2010

JOHN F. CORCORAN, CLERK
BY: /s/ J. Pugh
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| EARNEST J. WALLACE, | ) | Civil Action No. 7:10-cv-00013 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BLUE RIDGE REGIONAL | ) | |
| JAIL AUTHORITY, et al., | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff's claims against Blue Ridge Regional Jail Authority shall be and hereby are **DISMISSED**. Accordingly, only Wallace's claims against defendants A. Penick, Oliver, and Lawery remain.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff.

**ENTER**: This 12th day of February, 2010.

_____
United States District Judge